No. 142.  MADDEN *v.* QUEENS COUNTY JOCKEY CLUB, INC.  Certiorari denied.  *Raphael H. Weissman* for petitioner. *Joseph B. Cavallaro* for respondent.  *Martin A. Schenck, Harold C. McCollom* and *Kenneth W. Greenawalt* filed a brief for the Westchester Racing Assn. et al., as *amici curiae,* opposing the petition.

No. 143.  MORRIS, ADMINISTRATOR, *v.* FIRST NATIONAL BANK OF ATLANTA ET AL.  Certiorari denied.  *Chas. W. Anderson* for petitioner.

No. 144.  SEIFING *v.* BARCLAY WHITE CO. ET AL.  Certiorari denied.  *Frank B. Murdoch* for petitioner.  *Albert Smith Faught* for the Barclay White Co. et al., respondents.

No. 145.  TITLE INSURANCE & GUARANTY CO. ET AL. *v.* HART, TRUSTEE.  Certiorari denied. *Edward F. Treadwell* and *Arthur J. Edwards* for petitioners.  *David H. Cannon* and *James T. Boyd* for respondent.

No. 146.  SCHULTE ET AL., TRUSTEES, *v.* PARK & TILFORD, INC. ET AL.  Certiorari denied.  *Edwin A. Falk* and *Murray C. Bernays* for petitioners.  *Max L. Rothenberg* for Park & Tilford, Inc., respondent. *Nathan B. Kogan* for Kogan, respondent.  *Acting Solicitor General Washington, Roger S. Foster* and *W. Victor Rodin* filed a brief for the United States, respondent, and the Securities & Exchange Commission, as *amicus curiae,* opposing the petition.